Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

PORTFOLIO RECOVERY ASSOCIATES, LLC, Respondent, v JARED KING, Appellant.

Submitted January 11, 2010; decided January 14, 2010

Reported below, 55 AD3d 1074.

Motion by CAMBA Legal Services, Inc. et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

PORTFOLIO RECOVERY ASSOCIATES, LLC, Respondent, v JARED KING, Appellant.

Submitted January 11, 2010; decided January 14, 2010

Reported below, 55 AD3d 1074.

Motion by Association of the Bar of the City of New York et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.

PORTFOLIO RECOVERY ASSOCIATES, LLC, Respondent, v JARED KING, Appellant.

Submitted January 11, 2010; decided January 14, 2010

Reported below, 55 AD3d 1074.

Motion by Michael J. Hutter, Esq. for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

CHANDRAGOPAUL SALICK, Appellant, v RADHICA SALICK, Respondent.

Submitted November 30, 2009; decided January 14, 2010

Reported below, 66 AD3d 757.